KESSLER et al. v. ENSLEY LAND CO. et al. (Circuit Court of Appeals, Fifth Circuit. December 13, 1906.) No. 1,556. Appeal from the Circuit Court of the United States for the Northern District of Alabama. For opinion below, see 141 Fed. 130. J. A. W. Smith, Wm. A. Gunter, and Thomas M. Steeger, for appellants. Jno. B. Knox and E. J. Smyer, for appellees. Before PARDEE and SHELBY, Circuit Judges, and MEEK, District Judge.

PER CURIAM. The matters complained of in the bill were intra vires the Ensley Land Company, and as the record shows that a majority of the directors and stockholders, at the time of bringing the suit, were not in-

terested adversely to the company, the right of the complainants, as stockholders, to bring and maintain this suit, is doubtful. If the complainants can bring and maintain the bill, in prosecuting the same they can only assert the rights and equities which the company itself, if willing to sue, could assert, and any defense good against the Ensley Land Company is good against the complainants. Four years, during which the defendants, the Ensley Company and others, were exploiting the lands in controversy, elapsed before the suit was brought, and we fail to find sufficient evidence to meet the charge of laches. On the facts of the case made in the transcript, we concur with the learned judge whose exhaustive opinion is found in the record. The decree appealed from is affirmed.